```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    **v.**                                                Case No. 09-cr-160-PB

Steven Colantonio

### O R D E R

The defendant has moved, through counsel, to continue the trial scheduled for December 1, 2009 for a period of 90 days to allow additional time to complete discovery and for defendant to participate in a counseling program at the Strafford County House of Corrections. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2009 to March 2, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

  The November 24, 2009 final pretrial conference is continued to February 18, 2010 at 4:15 p.m.

  SO ORDERED.

                /s/Paul Barbadoro
                Paul Barbadoro
                United States District Judge

November 17, 2009

cc: David Bownes, Esq.
   Terry Ollila, Esq.
   United States Probation
   United States Marshal