```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                        Case No. 09-cr-160-PB

**Steven Colantonio**

## O R D E R

The defendant has moved, through counsel, to continue the trial scheduled for March 2, 2010 for a period of 30 days to allow additional time to schedule a hearing on the pending motion to suppress and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 2, 2010 to April 6, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 18, 2010 final pretrial conference is continued to March 22, 2010 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 10, 2010

cc: David Bownes, Esq.
Terry Ollila, Esq.
United States Probation
United States Marshal